# FREDRICK SCHULMAN & ASSOCIATES
## ATTORNEYS AT LAW

July 25, 2014

Hon. Maria-Elena James
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re:  Maria L. Jimenez v. LV&V Funding d/b/a LV & V Associates
and Bernardo J. Gomez, Case No. 3:14-cv-02002

Dear Judge James:

     We represent Plaintiff in the above referenced matter. We write to request an adjournment for the case management conference presently scheduled to proceed on Thursday, July 31, 2014.

     The reason for the request is that, as of this date, Defendant LV & V Funding has not appeared or responded to the Summons and Complaint and we intend to file a motion for default against them. We expect to submit our motion on or before July 29, 2014. As for Defendant Bernardo J. Gomez, we have not been able to effect service and will likely dismiss the case against him.

There has been no prior request to adjourn this matter and adjourning the conference would be in the interest of preserving judicial resources.  As such, we respectfully request that your Honor grant our request for adjournment.

Thank you for your attention to this matter.



Respectfully submitted,

By: /s/ Timothy Reed
Timothy Reed, Esq.(242578)
Fredrick Schulman & Associates
Attorneys at Law
30 East 29th Street
New York, New York 10016
P: (212) 796-1100
F: (212) 951-7379
Info@fschulmanlaw.com